**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

George Arthur Flournoy
Flournoy, Doggett & Losavio
P. O. Box 1270
Alexandria LA 71309-1270

**REHEARING ACTION: January 13, 2010**

**Docket Number: 09   00646-WCA**

**PATRICK D. JOHNSON**
**VERSUS**
**CONAGRA POULTRY COMPANY**

**Appealed from Office of Workers' Compensation - # 2 Case No. 08-01396**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Oswald A. Decuir**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Patrick D. Johnson** has this day been

    **DENIED.**
    Thibodeaux, C.J., would grant rehearing.

cc: Maurice Blake Monrose, Counsel for the Appellee